JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>              Plaintiff,<br><br>v.<br><br>EDITH (BEAR HILL) LIMITED PARTNERSHIP, a Massachusetts Limited Partnership; BEARMASS CORP., a Massachusetts Corporation; ROSEY SPOT 91105, LLC, a California Limited Liability Company; and Does 1-10;<br><br>              Defendants. | Case No. CV 19-06280-AB (SK)<br><br>**ORDER DISMISSING CIVIL ACTION** |

      THE COURT having been advised by counsel that the above-entitled action has been settled, **IT IS THEREFORE ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 19, 2019

                                    _____
                                    ANDRÉ BIROTTE JR.
                                    UNITED STATES DISTRICT JUDGE

1.